The evidence is sufficient to sustain the conviction, and no error appearing, the judgment is affirmed.

Opinion approved by the Court.

Luther TUCKER, Appellant,

v.

STATE of Texas, Appellee.

No. 33923.

Court of Criminal Appeals of Texas.

Nov. 8, 1961.

No attorney for appellant of record on appeal.

Wayland G. Holt, Dist. Atty., Snyder, and Leon B. Douglas, State's Atty., Austin, for the State.

McDONALD, Judge.

The offense is felony theft; the punishment, two years in the state penitentiary.

No notice of appeal appears in the record in this cause, nor was any valid notice of appeal given in the trial court or entered of record, so as to confer jurisdiction on this court as required by Art. 827, Vernon's Ann.C.C.P. See Hernandez v. State, Tex. Cr.App., 294 S.W.2d 837; Reid v. State, Tex.Cr.App., 333 S.W.2d 140. In the absence thereof, this court has no jurisdiction of the appeal.

The appeal is dismissed.